UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

---

UNIVAC DENTAL COMPANY, and
LACTONA CORPORATION

           Plaintiffs,

v.

DENTSPLY INTERNATIONAL, INC.,

           Defendant.

Civil Action No. 1: CV-07-0493
Hon. Christopher C. Conner

Filed Electronically

---

## [PROPOSED] ORDER

AND NOW, on this _____ day of _____, 2009, upon consideration of the motion for partial summary judgment filed by plaintiffs and the responses thereto, it is hereby ORDERED that said motion is GRANTED.

                                                    Hon. Christopher C. Conner
                                                    United States District Judge