# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNIVAC DENTAL COMPANY and LACTONA CORPORATION,** | : | CIVIL ACTION NO. 1:07-CV-493 |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **DENTSPLY INTERNATIONAL, INC.,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 7th day of June, 2010, upon consideration of plaintiffs' unopposed motion for order voluntarily dismissing action (Doc. 149), it is hereby ORDERED that said motion is GRANTED. The above action be, and the same hereby is, DISMISSED with prejudice.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge